# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
CROWN FLUID APPLIED SYSTEMS, INC    §    Case No. 10-21044 DRC
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                 $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                  $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-21044 | DRC | Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | CROWN FLUID APPLIED SYSTEMS, INC | | | Date Filed (f) or Converted (c): | 05/08/10 (f) |
| | | | | 341(a) Meeting Date: | 07/26/10 |
| For Period Ending: | 02/07/14 | | | Claims Bar Date: | 12/16/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Citizens First National Bank Sandwich IL | 1,100.00 | 1,100.00 | | 1,211.37 | FA |
| 2. 1995 Ford F150 | 500.00 | 0.00 | | 0.00 | FA |
| 3. 2005 Polyurea Sprayer Pressure Pump (inoperable) | 100.00 | 0.00 | | 0.00 | FA |
| (Book value after depreciation about $5000. Cash value-scrap) | | | | | |
| 4. Misc hand tools used in the roof repair business | 100.00 | 0.00 | | 0.00 | FA |
| 5. Corparate Good will No pending contracts not activ | 300.00 | 0.00 | | 0.00 | FA |
| No pending contracts not active in there - roofing and repair business for quite sometime. Most of the recent work has been in repairs and warranty work. | | | | | |
| 6. Possible refund of premium on General Liability | 2,000.00 | 2,000.00 | | 9,762.00 | FA |
| Insurance premiums based on reduce risk and loss experience when policy ends 5-23-10. Normally about $2,000 | | | | | |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.08 | Unknown |
| 8. Tax refund-Federal (u) | 200.00 | 200.00 | | 200.00 | FA |
| 9. Tax refund-State of Illinois (u) | 400.98 | 400.98 | | 400.98 | FA |
| 10. Preference Adversary filed against Drumbeaters (u) | 11,500.00 | 11,500.00 | | 5,000.00 | FA |
| 11. Preference adversary filed against Carolyn Popp (u) | 145,281.62 | 145,281.62 | | 15,000.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $161,482.60 | $160,482.60 | | $31,577.43 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

On May 4, 2012, the Trustee filed preference adversaries against Drumbeaters and Carolyn Popp, (debtor insider). Final settlement in adversary case received 1/10/14. Trustee to prepare attorney fee application and final report.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-21044   DRC   Judge: Donald R. Cassling | Trustee Name: THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | CROWN FLUID APPLIED SYSTEMS, INC | Date Filed (f) or Converted (c): 05/08/10 (f) |
| | | 341(a) Meeting Date: 07/26/10 |
| | | Claims Bar Date: 12/16/10 |

Initial Projected Date of Final Report (TFR): 03/30/12     Current Projected Date of Final Report (TFR): 02/28/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 10-21044 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CROWN FLUID APPLIED SYSTEMS, INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9361 CHECKING ACCOUNT |
| Taxpayer ID No: | *******4835 | | | |
| For Period Ending: | 02/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 8,663.73 | | 8,663.73 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.81 | 8,658.92 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.52 | 8,653.40 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.33 | 8,648.07 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.51 | 8,642.56 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.85 | 8,629.71 |
| 02/26/13 | 100000 | International Surities, Ltd. Suite 420 701 Poydra Street New Orleans, LA 70139 | | 2300-000 | | 9.21 | 8,620.50 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.59 | 8,608.91 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.81 | 8,596.10 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.37 | 8,583.73 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.76 | 8,570.97 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.33 | 8,558.64 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.72 | 8,545.92 |
| 08/09/13 | 10, 11 | Attorney John Ruddy Trust Account 16 S. Locust St. Aurora, IL 60506 | Settlement of preference adversary pursuant to Court Order entered 8/8/13. | 1241-000 | 10,000.00 | | 18,545.92 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.73 | 18,522.19 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.65 | 18,495.54 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.50 | 18,468.04 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.57 | 18,441.47 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.42 | 18,414.05 |
| 01/10/14 | 11 | Drumbeaters of America, Inc. 215 W. Nebraska St. Elburn, IL 60119 | Settlement Payment of preference adversary pursuant to Court Order entered 8/8/13. | 1241-000 | 10,000.00 | | 28,414.05 |
| | | | Page Subtotals | | 28,663.73 | 249.68 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 10-21044 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | CROWN FLUID APPLIED SYSTEMS, INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9361 CHECKING ACCOUNT |
| Taxpayer ID No: | *******4835 | | | |
| For Period Ending: | 02/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 28,663.73 | 249.68 | 28,414.05 |
| | | | Less: Bank Transfers/CD's | | 8,663.73 | 0.00 | |
| | | | Subtotal | | 20,000.00 | 249.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 20,000.00 | 249.68 | |

Page Subtotals  0.00  0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-21044 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CROWN FLUID APPLIED SYSTEMS, INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0753  MONEY MARKET |
| Taxpayer ID No: | *******4835 | | | |
| For Period Ending: | 02/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/25/10 | 1, 6 | Crown Fluid Applied Systems, Inc.<br>215 W. Nebraska St.<br>Elburn, IL  60119 | Turnover of funds from Debtor's checking and money market accounts | 1129-000 | 10,973.37 | | 10,973.37 |
| 08/31/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.02 | | 10,973.39 |
| 09/30/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,973.66 |
| 10/29/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,973.93 |
| 11/30/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.28 | | 10,974.21 |
| 12/31/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.28 | | 10,974.49 |
| 01/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.28 | | 10,974.77 |
| 02/28/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,974.85 |
| 03/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,974.94 |
| 04/26/11 | 000100 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 9.11 | 10,965.83 |
| 04/29/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,965.92 |
| 05/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 10,966.02 |
| 06/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,966.11 |
| 07/29/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,966.20 |
| 08/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 10,966.30 |
| 09/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,966.39 |
| 10/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,966.48 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 13.97 | 10,952.51 |
| 11/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,952.60 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 13.50 | 10,939.10 |
| 12/06/11 | 8 | United States Treasury<br>Financial Management Service<br>Regional Financial Center | Tax refund | 1224-000 | 200.00 | | 11,139.10 |
| | | | Page Subtotals | | 11,175.68 | 36.58 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 17.04c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 10-21044 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CROWN FLUID APPLIED SYSTEMS, INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0753  MONEY MARKET |
| Taxpayer ID No: | *******4835 | | | |
| For Period Ending: | 02/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 51315 | | | | | |
| | | Philadelphia, PA  19115-6315 | | | | | |
| 12/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,139.19 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 13.68 | 11,125.51 |
| 01/31/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,125.61 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 14.59 | 11,111.02 |
| 02/15/12 | 000101 | INTERNATIONAL SURETIES, LTD. | Blanket Bond ; Bond #016026455 | 2300-000 | | 11.06 | 11,099.96 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/29/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,100.05 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 13.20 | 11,086.85 |
| 03/30/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,086.94 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 13.63 | 11,073.31 |
| 04/30/12 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 11,073.40 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 14.07 | 11,059.33 |
| 05/31/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,059.42 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 14.05 | 11,045.37 |
| 06/12/12 | 000102 | McGladrey & Pullen, LLP | Interim Compensation pursuant to | 3410-000 | | 2,750.00 | 8,295.37 |
| | | 1252 Bell Valley Road | Order entered 5/31/12 | | | | |
| | | Suite 300 | | | | | |
| | | P.O. Box 5365 | | | | | |
| | | Rockford, IL 61108 | | | | | |
| 06/29/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,295.45 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.78 | 8,283.67 |
| 07/31/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,283.74 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.86 | 8,272.88 |
| 08/24/12 | 9 | Judy Baar Topinka | Tax Refund | 1224-000 | 400.98 | | 8,673.86 |
| | | on the Treasurer of the State of IL | | | | | |

Page Subtotals        401.68        2,866.92

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 17.04c

FORM 2

Page: 5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-21044 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CROWN FLUID APPLIED SYSTEMS, INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0753  MONEY MARKET |
| Taxpayer ID No: | *******4835 | | | |
| For Period Ending: | 02/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/12 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 8,673.93 |
| 08/31/12 | | BANK OF AMERICA<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 10.20 | 8,663.73 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 8,663.73 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 11,577.43 | 11,577.43 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 8,663.73 | |
| Subtotal | 11,577.43 | 2,913.70 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 11,577.43 | 2,913.70 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| CHECKING ACCOUNT - ********9361 | 20,000.00 | 249.68 | 28,414.05 |
| MONEY MARKET - ********0753 | 11,577.43 | 2,913.70 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 31,577.43 | 3,163.38 | 28,414.05 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.07    8,673.93

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-21044 DRC
Case Name: CROWN FLUID APPLIED SYSTEMS, INC
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: SPRINGER BROWN, LLC | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Illinois Department of Revenue Bankruptcy Section | $ | $ | $ |

    Total to be paid to priority creditors    $_____

    Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Emco Chemical Distributors, Inc | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE