UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| CROWN FLUID APPLIED SYSTEMS, INC | § § | Case No. 10-21044 |
| Debtor(s) | § § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| Springer Brown, Llc | | | | | |
| Springer Brown, Llc | | | | | |
| MCGLADREY & PULLEN, LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Illinois Department Of Revenue Bank | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARPAC 9511 West River Street Schiller Park, IL 60176-1019 | | | | | |
| | Boston Market Corporation 14103 Denver West Parkway Golden, CO 80401 | | | | | |
| | Chris Bargione, esq 1 N LaSalle st Suite 300 Chicago, IL 60602 | | | | | |
| | Emco Chemical Distributors, Inc PO Box 1030 North Chicago, IL 60064 | | | | | |
| | ITT Industries, Inc. 3500 North Spaulding Avenue Chicago, IL 60618 | | | | | |
| | Measurement Specialists 690 Discovery Drive, N.W. Huntsville, AL 35806 | | | | | |
| | Premix P. O. Box 281 North Kingsville, OH 44068-0281 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unison Industries 530 Blackhawk Park Avenue Rockford, IL 61104-5193 | | | | | |
| 1 | Emco Chemical Distributors, Inc | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-21044 | DRC | Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | CROWN FLUID APPLIED SYSTEMS, INC | | | Date Filed (f) or Converted (c): | 05/08/10 (f) |
| | | | | 341(a) Meeting Date: | 07/26/10 |
| For Period Ending: | 05/13/14 | | | Claims Bar Date: | 12/16/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Citizens First National Bank Sandwich IL | 1,100.00 | 1,100.00 | | 1,211.37 | FA |
| 2. 1995 Ford F150 | 500.00 | 0.00 | | 0.00 | FA |
| 3. 2005 Polyurea Sprayer Pressure Pump (inoperable) | 100.00 | 0.00 | | 0.00 | FA |
| (Book value after depreciation about $5000. Cash value-scrap) | | | | | |
| 4. Misc hand tools used in the roof repair business | 100.00 | 0.00 | | 0.00 | FA |
| 5. Corparate Good will No pending contracts not activ | 300.00 | 0.00 | | 0.00 | FA |
| No pending contracts not active in there - roofing and repair business for quite sometime. Most of the recent work has been in repairs and warranty work. | | | | | |
| 6. Possible refund of premium on General Liability | 2,000.00 | 2,000.00 | | 9,762.00 | FA |
| Insurance premiums based on reduce risk and loss experience when policy ends 5-23-10. Normally about $2,000 | | | | | |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.08 | Unknown |
| 8. Tax refund-Federal (u) | 200.00 | 200.00 | | 200.00 | FA |
| 9. Tax refund-State of Illinois (u) | 400.98 | 400.98 | | 400.98 | FA |
| 10. Preference Adversary filed against Drumbeaters (u) | 11,500.00 | 11,500.00 | | 5,000.00 | FA |
| 11. Preference adversary filed against Carolyn Popp (u) | 145,281.62 | 145,281.62 | | 15,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $161,482.60    $160,482.60    $31,577.43    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

On May 4, 2012, the Trustee filed preference adversaries against Drumbeaters and Carolyn Popp, (debtor insider). Final settlement in adversary case received 1/10/14. Trustee to prepare attorney fee application and final report.

LFORM1    Ver: 17.05c
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-21044    DRC    Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | CROWN FLUID APPLIED SYSTEMS, INC | Date Filed (f) or Converted (c): | 05/08/10 (f) |
| | | 341(a) Meeting Date: | 07/26/10 |
| | | Claims Bar Date: | 12/16/10 |

Initial Projected Date of Final Report (TFR): 03/30/12    Current Projected Date of Final Report (TFR): 02/28/14

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 17.05c

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-21044 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | CROWN FLUID APPLIED SYSTEMS, INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9361 CHECKING ACCOUNT |
| Taxpayer ID No: | *******4835 | | |
| For Period Ending: | 05/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 8,663.73 | | 8,663.73 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.81 | 8,658.92 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.52 | 8,653.40 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.33 | 8,648.07 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.51 | 8,642.56 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.85 | 8,629.71 |
| 02/26/13 | 100000 | International Surities, Ltd. Suite 420 701 Poydra Street New Orleans, LA 70139 | | 2300-000 | | 9.21 | 8,620.50 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.59 | 8,608.91 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.81 | 8,596.10 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.37 | 8,583.73 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.76 | 8,570.97 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.33 | 8,558.64 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.72 | 8,545.92 |
| 08/09/13 | 10, 11 | Attorney John Ruddy Trust Account 16 S. Locust St. Aurora, IL 60506 | Settlement of preference adversary pursuant to Court Order entered 8/8/13. | 1241-000 | 10,000.00 | | 18,545.92 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.73 | 18,522.19 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.65 | 18,495.54 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.50 | 18,468.04 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.57 | 18,441.47 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.42 | 18,414.05 |
| 01/10/14 | 11 | Drumbeaters of America, Inc. 215 W. Nebraska St. Elburn, IL 60119 | Settlement Payment of preference adversary pursuant to Court Order entered 8/8/13. | 1241-000 | 10,000.00 | | 28,414.05 |
| | | | Page Subtotals | | 28,663.73 | 249.68 | |

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-21044 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | CROWN FLUID APPLIED SYSTEMS, INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9361 CHECKING ACCOUNT |
| Taxpayer ID No: | *******4835 | | |
| For Period Ending: | 05/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/04/14 | 100001 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | 3,907.74 | 24,506.31 |
| 04/04/14 | 100002 | SPRINGER BROWN, LLC<br>Wheaton Executive Center<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | | | 17,295.35 | 7,210.96 |
| | | | Fees       16,684.50 | 3110-000 | | | |
| | | | Expenses       610.85 | 3120-000 | | | |
| 04/04/14 | 100003 | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Claim 2, Payment 100.00000% | 5800-000 | | 324.92 | 6,886.04 |
| 04/04/14 | 100004 | Emco Chemical Distributors, Inc<br>PO Box 1030<br>North Chicago, IL 60064 | Claim 1, Payment 2.11878% | 7100-000 | | 6,886.04 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 28,663.73 | 28,663.73 | 0.00 |
| Less:  Bank Transfers/CD's | 8,663.73 | 0.00 | |
| Subtotal | 20,000.00 | 28,663.73 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 20,000.00 | 28,663.73 | |

Page Subtotals       0.00       28,414.05

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-21044 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | CROWN FLUID APPLIED SYSTEMS, INC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0753 MONEY MARKET |
| Taxpayer ID No: | *******4835 | | |
| For Period Ending: | 05/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/25/10 | 1, 6 | Crown Fluid Applied Systems, Inc. 215 W. Nebraska St. Elburn, IL 60119 | Turnover of funds from Debtor's checking and money market accounts | 1129-000 | 10,973.37 | | 10,973.37 |
| 08/31/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.02 | | 10,973.39 |
| 09/30/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,973.66 |
| 10/29/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,973.93 |
| 11/30/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.28 | | 10,974.21 |
| 12/31/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.28 | | 10,974.49 |
| 01/31/11 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.28 | | 10,974.77 |
| 02/28/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,974.85 |
| 03/31/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,974.94 |
| 04/26/11 | 000100 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 9.11 | 10,965.83 |
| 04/29/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,965.92 |
| 05/31/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 10,966.02 |
| 06/30/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,966.11 |
| 07/29/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,966.20 |
| 08/31/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 10,966.30 |
| 09/30/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,966.39 |
| 10/31/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,966.48 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 13.97 | 10,952.51 |
| 11/30/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,952.60 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 13.50 | 10,939.10 |
| 12/06/11 | 8 | United States Treasury Financial Management Service Regional Financial Center | Tax refund | 1224-000 | 200.00 | | 11,139.10 |
| | | | Page Subtotals | | 11,175.68 | 36.58 | |

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-21044 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CROWN FLUID APPLIED SYSTEMS, INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0753  MONEY MARKET |
| Taxpayer ID No: | *******4835 | | | |
| For Period Ending: | 05/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 51315 Philadelphia, PA  19115-6315 | | | | | |
| 12/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,139.19 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 13.68 | 11,125.51 |
| 01/31/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,125.61 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 14.59 | 11,111.02 |
| 02/15/12 | 000101 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Blanket Bond ; Bond #016026455 | 2300-000 | | 11.06 | 11,099.96 |
| 02/29/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,100.05 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 13.20 | 11,086.85 |
| 03/30/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,086.94 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 13.63 | 11,073.31 |
| 04/30/12 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 11,073.40 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 14.07 | 11,059.33 |
| 05/31/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,059.42 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 14.05 | 11,045.37 |
| 06/12/12 | 000102 | McGladrey & Pullen, LLP 1252 Bell Valley Road Suite 300 P.O. Box 5365 Rockford, IL  61108 | Interim Compensation pursuant to Order entered 5/31/12 | 3410-000 | | 2,750.00 | 8,295.37 |
| 06/29/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,295.45 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.78 | 8,283.67 |
| 07/31/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,283.74 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.86 | 8,272.88 |
| 08/24/12 | 9 | Judy Baar Topinka on the Treasurer of the State of IL | Tax Refund | 1224-000 | 400.98 | | 8,673.86 |

Page Subtotals    401.68    2,866.92

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-21044 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | CROWN FLUID APPLIED SYSTEMS, INC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0753 MONEY MARKET |
| Taxpayer ID No: | *******4835 | | |
| For Period Ending: | 05/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/12 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 8,673.93 |
| 08/31/12 | | BANK OF AMERICA 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 10.20 | 8,663.73 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 8,663.73 | 0.00 |

```
                              COLUMN TOTALS                  11,577.43      11,577.43          0.00
                         Less:  Bank Transfers/CD's               0.00       8,663.73
                              Subtotal                       11,577.43       2,913.70
                         Less:  Payments to Debtors                              0.00
                              Net                            11,577.43       2,913.70
```

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| CHECKING ACCOUNT - ********9361 | 20,000.00 | 28,663.73 | 0.00 |
| MONEY MARKET - ********0753 | 11,577.43 | 2,913.70 | 0.00 |
| | 31,577.43 | 31,577.43 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.07        8,673.93

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*